IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| KATHLEEN KEETER, individually and on behalf of all others similarly situated, | : | **Case No. 1-21-cv-0269-LO-TCB** |
| Plaintiff, | : | |
| v. | : | |
| GERBER PRODUCTS COMPANY, | : | |
| Defendant. | : | |
| JAMIE MOORE, individually and on behalf of all others similarly situated, | : | **Case No. 1-21-cv-0277-LO-TCB** |
| Plaintiff, | : | |
| v. | : | |
| GERBER PRODUCTS COMPANY, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION OF PLAINTIFFS KATHLEEN KEETER AND JAMIE MOORE TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2)**

Plaintiffs Kathleen Keeter and Jamie Moore, by their counsel, hereby move to consolidate the two above-captioned related actions, and in support thereof, Plaintiffs rely upon the attached Brief, which is incorporated as if fully set forth herein.

Pursuant to Local Civil Rule 7(E), counsel for the parties' conferred regarding the substance of Plaintiffs' motion on March 10, 2021 and defense counsel represented that they do not oppose Plaintiffs' motion to consolidate these actions.

/ / /

/ / /

| | |
|---|---|
| Dated: March 11, 2021 | **Bonnett Fairbourn Friedman & Balint PC** |

s/*Francis J. Balint, Jr.*
Francis J. Balint, Jr.
Joshua Gunnell House, Suite 4
4023 Chain Bridge Road
Fairfax, VA 22030
Telephone: (602) 776-5903
Fax: (602) 274-1199
fbalint@bffb.com

       and

Patricia N. Syverson
600 W. Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 798-4593
psyverson@bffb.com

       and

Elaine A. Ryan
2325 E. Camelback Rd., Suite 300
Phoenix, AZ  85016
Telephone: (602) 274-1100
eryan@bffb.com

**Barrack, Rodos & Bacine**
Mark R. Rosen
Jeffrey W. Golan
Jeffrey A. Barrack
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-0600
Fax:  (215) 963-0838
mrosen@barrack.com
jgolan@barrack.com
jbarrack@barrack.com
jpalley@barrack.com

       and

Stephen R. Basser
600 West Broadway, Suite 900

San Diego, CA 92101
Telephone: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com

John G. Emerson
**Emerson Firm, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800)-551-8649
Fax: (501)-286-4659
jemerson@emersonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2021.

s/<i>Francis J. Balint, Jr.</i><br>
Francis J. Balint, Jr.