# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

Kathleen Keeter  )  Civil Action No. 1-21-cv-0269-LO-TCB
(Plaintiff)       )
         v.       )
                  )  **NOTICE OF WAIVER**
Gerber Products Company  )  **OF ORAL ARGUMENT**
(Defendant)

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, _____ Kathleen Keeter, who is the Plaintiff, hereby waives oral argument and submits the case on the record and the briefs.

Francis J. Balint, Jr.
Digitally signed by Francis J. Balint, Jr.
Date: 2021.03.11 16:08:43 -07'00'
(Party or Attorney Signature)

Francis J. Balint, Jr.
(Name Printed)

Joshua Gunnell House, Suite 4
(Address)

4023 Chain Bridge Road
(Address)

Fairfax, VA 22030
(Address)

(602) 776-5903
(Telephone Number)