| | |
|---|---|
| *In re Gerber Products Company Heavy Metals Baby Food Litigation* | Master File No. 1:21-cv-0269 (LO/TCB) |

# ORDER

Upon consideration of Defendant's Unopposed Motion to Extend Defendant's Time to Answer, Move or Otherwise Respond to Plaintiffs' Consolidated Complaint (Dkt. 12), it is hereby

**ORDERED** that the Motion (Dkt. 12) is **GRANTED**; and it is further

**ORDERED** that Defendant Gerber Products Company ("Gerber") is granted 45 days after Plaintiffs Kathleen Keeter and Jamie Moore ("Plaintiffs") file their consolidated complaint to answer, move or otherwise respond under Rule 12(a)-(b) of the Federal Rules of Civil Procedure.

ENTERED this 25th day of March, 2021.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia