IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| *In re Gerber Products Company Heavy Metals Baby Food Litigation* | Master File No. 1:21-cv-0269 (LO/TCB) |

# ORDER

Upon consideration of Plaintiffs Kathleen Keeter and Jamie Moore's ("Plaintiffs") Unopposed Motion and Order Extending Deadline for Filing a Consolidated Complaint (Dkt. 20), it is hereby

**ORDERED** that the Motion (Dkt. 20) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs have until Wednesday, May 12, 2021 to file their consolidated complaint.

ENTERED this 19th day of April, 2021.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia