IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | : : : : | Master File No. 1:21-cv-0269 |
| | | Class Action |
| THIS DOCUMENT RELATES TO: | : : : | Jury Trial Demanded |
| *Keeter v. Gerber Products Company* | : : : | Case No. 1:21-cv-0269 |
| *Moore v. Gerber Products Company* | : : : | Case No. 1:21-cv-00277 |
| *Hazely, et al. v. Gerber Products Company* | : : : | Case No. 1:21-cv-00321 |
| *Bryan, et al. v. Gerber Products Company* | : : : | Case No. 1:21-cv-00349 |
| *Adams v. Gerber Products Company* | : : : | Case No. 1: 21-cv-00410 |

**UNOPPOSED MOTION OF PLAINTIFFS TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2)**

Plaintiffs in the five-above captioned actions, by their counsel, hereby move to consolidate each of these related actions.

Pursuant to Local Civil Rule 7(E), counsel for the parties' conferred regarding the substance of Plaintiffs' motion on May 19, 2021 and defense counsel represented that they do not oppose Plaintiffs' motion to consolidate these actions.

/ / /

/ / /

1

**Dated: May 20, 2021**                                **Bonnett Fairbourn Friedman & Balint PC**
By:  /s/ *Francis J. Balint, Jr.*
Francis J. Balint, Jr.
Joshua Gunnell House, Suite 4
4023 Chain Bridge Road
Fairfax, VA 22030
Telephone: (602) 776-5903
Fax: (602) 274-1199
fbalint@bffb.com

        and

Elaine A. Ryan
Patricia N. Syverson
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199
eryan@bffb.com
psyverson@bffb.com

*Plaintiff's Counsel in Keeter v. Gerber Products Company*

**Bonnett Fairbourn Friedman & Balint PC**
/s/*Francis J. Balint, Jr.*
Francis J. Balint, Jr.
Joshua Gunnell House, Suite 4
4023 Chain Bridge Road
Fairfax, VA 22030
Telephone: (602) 776-5903
Fax: (602) 274-1199
fbalint@bffb.com

        and

Elaine A. Ryan
Patricia N. Syverson
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199
eryan@bffb.com
psyverson@bffb.com

**Barrack, Rodos & Bacine**
Mark R. Rosen
Jeffrey W. Golan
William J. Ban
Julie B. Paley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838
mrosen@barrack.com
jgolan@barrack.com
wban@barrack.com
jpaley@barrack.com

and

Stephen R. Basser
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com

**Emerson Firm, PLLC**
John G. Emerson
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800)-551-8649
Fax: (501)-286-4659
jemerson@emersonfirm.com

*Plaintiff's Counsel in Moore v. Gerber Products Company*


**GEORGE GESTEN MCDONALD, PLLC**
*/s/ Christopher W. McDonald*
Christopher W. McDonald
VA Bar No. 33092
5516 Falmouth Street, Suite 108
Richmond, VA 23230
Telephone: (804) 256-2908
Fax: (888) 421-4173
CMcDonald@4-Justice.com
E-Service: eService@4-Justice.com

3

**GEORGE GESTEN MCDONALD, PLLC**
David J. George
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Telephone: (561) 232-6002
Fax: (888) 421-4173
DGeorge@4-Justice.com

**GEORGE GESTEN MCDONALD, PLLC**
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
Fax: (888) 421-4173
LFeldman@4-justice.com
E-Service: eService@4-Justice.com

**CALCATERRA POLLACK LLP**
Janine L. Pollack
1140 Avenue of the Americas
9th Floor
New York, NY 10036
Telephone: (917) 899-1765
Fax: (332) 206-2073
jpollack@calcaterrapollack.com

*Plaintiffs' Counsel in Hazely v. Gerber Products Company*

**DURRETTE, ARKEMA, GERSON & GILL PC**
By:  */s/ Wyatt B. Durrette, Jr.*
Wyatt B. Durrette, Jr. (VSB No. 04719)
Kevin J. Funk (VSB No. 65465)
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Fax: (804) 775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Catherine Smith
Mary M. Nikolai
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402

4

Tel: (612) 333-8844
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
mnikolai@gustafsongluek.com

Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE, LLP
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

Simon B. Paris
Patrick Howard
SALTZ, MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 575-3895
sparis@smbb.com
phoward@smbb.com

Kevin Landau
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
Tel: (212) 931-0704
klandau@tcllaw.com
mgreaves@tcllaw.com

Matthew D. Schelkopf
Lori G. Kier
Davina C. Okonkwo
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Tel: (610) 200-0581
mds@sstriallawyers.com
lgk@sstriallawyers.com
dco@sstriallawyers.com


**THE MILLER LAW FIRM, P.C.**
E. Powell Miller
Sharon S. Almonrode
William Kalas (P82113)

950 West University Drive, Suite 300 Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com

*Plaintiffs' Counsel in Bryan v. Gerber Products Company*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
By: */s/ Steven J. Toll*
Steven J. Toll (VSB No. 15300)
Douglas J. McNamara (*pro hac vice* forthcoming)
Geoffrey A. Graber (*pro hac vice* forthcoming)
Brian E. Johnson (*pro hac vice* forthcoming)
Paul M. Stephan (*pro hac vice* forthcoming)
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dmcnamara@cohenmilstein.com
ggraber@cohenmilstein.com
bejohnson@cohenmilstein.com
pstephan@cohenmilstein.com

**GIBBS LAW GROUP LLP**
Rosemary M. Rivas (*pro hac vice* forthcoming)
Mark Troutman (*pro hac vice* forthcoming)
Rosanne L. Mah (*pro hac vice* forthcoming)
505 14th Street, Suite 110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com

*Plaintiff's Counsel in Adams v. Gerber Products Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 20, 2021.

s/<u>*Francis J. Balint, Jr.*</u>
Francis J. Balint, Jr.