**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| IN RE GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | : : : : | Master File No. 1:21-cv-0269 |
| | | Class Action |
| THIS DOCUMENT RELATES TO: | : : : | Jury Trial Demanded |
| *Keeter v. Gerber Products Company* | : : : | Case No. 1:21-cv-0269 |
| *Moore v. Gerber Products Company* | : : : | Case No. 1:21-cv-00277 |
| *Hazely, et al. v. Gerber Products Company* | : : : | Case No. 1:21-cv-00321 |
| *Bryan, et al. v. Gerber Products Company* | : : : | Case No. 1:21-cv-00349 |
| *Adams v. Gerber Products Company* | : : | Case No. 1:21-cv-00410 |

**BRIEF IN SUPPORT OF UNOPPOSED MOTION OF PLAINTIFFS TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2)**

Plaintiffs in each of the above-captioned actions (collectively, "Plaintiffs"), by their counsel, respectfully submit this brief in support of their motion to consolidate these actions, pursuant to Federal Rule of Civil Procedure 42(a)(2). Pursuant to Local Civil Rule 7(E), counsel for the parties' conferred regarding the substance of Plaintiffs' motion and defense counsel have represented that they do not oppose Plaintiffs' motion to consolidate these actions.

This Court has previously consolidated the two first-filed cases *Keeter* and *Moore*, in a Consolidation Order entered on March 15, 2021 (ECF No. 8), designating the combined cases as

*In re Gerber Product Company Metal Baby Foods Litigation,* Master File No. 1:21-cv-0269 (the "Consolidated Action"). Subsequently, on May 12, 2021, plaintiffs in the Consolidated Action, as well as the plaintiffs in the *Hazely, Bryan* and *Adams* cases and other purchasers of Gerber Products Company ("Gerber") baby goods products, filed a Consolidated Class Action Complaint, thereby putting the claims of the plaintiffs in the *Hazely, Bryan* and *Adams* cases before this Court in the Consolidated Action. (ECF No. 23). Accordingly, it will further the interests of judicial efficiency to consolidate the *Hazely, Bryan* and *Adams* cases with the *Keeter* and *Moore* actions in this Consolidated Action,

## Pursuant to Federal Rule of Civil Procedure 42, This Court Has Broad Power to Consolidate Actions in this Court

Federal Rule of Civil Procedure 42(a) states, "[i]f actions before the court involve a common question of law or fact, the court may… (2) consolidate the actions." The Fourth Circuit has held that "District courts have broad discretion under F.R.Civ.P. 42(a) to consolidate causes pending in the same district." *A/S J. Ludwig Mowinckles Rederi v. Tidewater Construction Corp.*, 559 F.2d 928, 933 (4th Cir. 1977). The Fourth Circuit further held that in exercising its discretion, the district court's analysis is guided by the following criteria:

> The critical question for the district court in the final analysis was whether the specific risks of prejudice and possible confusion were overborne by the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one, and the relative expense to all concerned of the single-trial, multiple-trial alternatives. See Fed.R.Civ.P. 42; see generally 9 C. Wright & A. Miller, Federal Practice & Procedure: Civil §2383 (1971).

*Arnold v. Eastern Air Lines, Inc.,* 681 F.2d 186, 193 (4th Cir. 1982).

Each of the above-captioned actions have been filed in the District in which Defendant Gerber has its corporate headquarters, at 1812 North Moore Street, Rosslyn, Virginia, a part of Arlington County. The actions arise from the same events and present numerous common factual


and legal questions relating to the subject baby food products manufactured by Gerber ("the Baby Food Products"), including the following as outlined in Plaintiffs' respective complaints:

    a.    Whether Defendant owed a duty of care;

    b.    Whether Defendant knew or should have known that the Baby Food Products contained heavy metals;

    c.    Whether the Baby Food Products contain dangerous levels of toxic heavy metals;

    d.    Whether the marketing, advertising, packaging, and other promotional materials for the Baby Food Products are deceptive;

    e.    Whether Defendant's actions violate the state consumer fraud statutes identified in the complaints;

    f.    Whether Defendant's actions constitute common law fraud;

    g.    Whether Plaintiffs and members of the Classes were damaged by Defendant's conduct as alleged in the complaints;

    h.    Whether Defendant was unjustly enriched at the expense of Plaintiff and the members of the Classes; and

    i.    Whether Plaintiff and the members of the Classes are entitled to injunctive relief.

*See* Consolidated Class Action Complaint, ¶ 232.  The above-captioned actions all demand a trial by jury.

Moreover, as noted above, the Plaintiffs in each of the above-captioned actions have already joined as Plaintiffs and proposed class and sub-class representatives in the Consolidated Class Action Complaint filed in this Consolidated Action on May 12, 2021.[1]  Given the breadth of

---

[1] There are three other cases brought in this District by alleged purchasers of Gerber Baby Food Products (*Wilson, et al. v. Gerber Products Company*, Case No. 1:21-cv-00372; *Bryan, et al. v. Gerber Products Company*, Case No. 1:21-cv-00478; and *Cantor, et al. v. Gerber Products Company*, Case No. 1:21-cv-00489), whose plaintiffs and their counsel chose not to have their claims included in the Consolidated Complaint.  Thus, although those three actions also contain numerous common factual and legal questions similar to the common factual and legal questions identified above, Plaintiffs and the Defendant in the *Keeter, Moore, Hazely, Bryan* and *Adams*

these common issues raised in these already related actions, "the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one" all weigh in favor of consolidation. *Arnold v. Eastern Air Lines, supra*, 681 F.2d at 193.

Plaintiffs accordingly submit that consolidating these actions will lead to more efficient litigation before this Court.

## Conclusion

For each and all the foregoing reasons, Plaintiffs' unopposed motion for consolidation is well-taken and should be granted.

| | |
|---|---|
| **Dated: May 20, 2021** | **Bonnett Fairbourn Friedman & Balint, PC**<br>By: /s/ *Francis J. Balint, Jr.*<br>Francis J. Balint, Jr.<br>Joshua Gunnell House, Suite 4<br>4023 Chain Bridge Road<br>Fairfax, VA 22030<br>Telephone: (602) 776-5903<br>Fax: (602) 274-1199<br>fbalint@bffb.com<br><br>              and<br><br>Elaine A. Ryan<br>Patricia N. Syverson<br>2325 E. Camelback Rd., Suite 300<br>Phoenix, AZ 85016<br>Telephone: (602) 274-1100<br>Fax: (602) 274-1199<br>eryan@bffb.com<br>psyverson@bffb.com<br><br>***Plaintiff's Counsel in Keeter v. Gerber Products Company*** |

---

cases are not seeking through this uncontested motion the consolidation of the 00372, 00478 or 00489 cases into the Consolidated Action at this time.

**Bonnett Fairbourn Friedman & Balint PC**
/s/*Francis J. Balint, Jr.*
Francis J. Balint, Jr.
Joshua Gunnell House, Suite 4
4023 Chain Bridge Road
Fairfax, VA 22030
Telephone: (602) 776-5903
Fax: (602) 274-1199
fbalint@bffb.com

and

Elaine A. Ryan
Patricia N. Syverson
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199
eryan@bffb.com
psyverson@bffb.com

**Barrack, Rodos & Bacine**
Mark R. Rosen
Jeffrey W. Golan
William J. Ban
Julie B. Paley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838
mrosen@barrack.com
jgolan@barrack.com
wban@barrack.com
jpaley@barrack.com

and

Stephen R. Basser
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com

5

**Emerson Firm, PLLC**
John G. Emerson
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800)-551-8649
Fax: (501)-286-4659
jemerson@emersonfirm.com

*Plaintiff's Counsel in Moore v. Gerber Products Company*


**GEORGE GESTEN MCDONALD, PLLC**
*/s/ Christopher W. McDonald*
Christopher W. McDonald
VA Bar No. 33092
5516 Falmouth Street, Suite 108
Richmond, VA 23230
Telephone: (804) 256-2908
Fax: (888) 421-4173
CMcDonald@4-Justice.com
E-Service: eService@4-Justice.com

**GEORGE GESTEN MCDONALD, PLLC**
David J. George
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Telephone: (561) 232-6002
Fax: (888) 421-4173
DGeorge@4-Justice.com

**GEORGE GESTEN MCDONALD, PLLC**
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
Fax: (888) 421-4173
LFeldman@4-justice.com
E-Service: eService@4-Justice.com

**CALCATERRA POLLACK LLP**
Janine L. Pollack
1140 Avenue of the Americas
9th Floor
New York, NY 10036
Telephone: (917) 899-1765
Fax: (332) 206-2073
jpollack@calcaterrapollack.com

*Plaintiffs' Counsel in Hazely v. Gerber Products Company*

**DURRETTE, ARKEMA, GERSON & GILL PC**
By: */s/ Wyatt B. Durrette, Jr.*
Wyatt B. Durrette, Jr. (VSB No. 04719)
Kevin J. Funk (VSB No. 65465)
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Fax: (804) 775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Catherine Smith
Mary M. Nikolai
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
mnikolai@gustafsongluek.com

Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE, LLP
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com

Simon B. Paris
Patrick Howard
SALTZ, MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 575-3895
sparis@smbb.com
phoward@smbb.com

Kevin Landau
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
Tel: (212) 931-0704
klandau@tcllaw.com
mgreaves@tcllaw.com

Matthew D. Schelkopf
Lori G. Kier
Davina C. Okonkwo
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Tel: (610) 200-0581
mds@sstriallawyers.com
lgk@sstriallawyers.com
dco@sstriallawyers.com


**THE MILLER LAW FIRM, P.C.**
E. Powell Miller
Sharon S. Almonrode
William Kalas (P82113)
950 West University Drive, Suite 300 Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com


*Plaintiffs' Counsel in Bryan v. Gerber Products Company*


**COHEN MILSTEIN SELLERS & TOLL PLLC**
By: */s/ Steven J. Toll*
Steven J. Toll (VSB No. 15300)
Douglas J. McNamara (*pro hac vice* forthcoming)
Geoffrey A. Graber (*pro hac vice* forthcoming)
Brian E. Johnson (*pro hac vice* forthcoming)
Paul M. Stephan (*pro hac vice* forthcoming)
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600

8

Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dmcnamara@cohenmilstein.com
ggraber@cohenmilstein.com
bejohnson@cohenmilstein.com
pstephan@cohenmilstein.com

**GIBBS LAW GROUP LLP**
Rosemary M. Rivas (*pro hac vice* forthcoming)
Mark Troutman (*pro hac vice* forthcoming)
Rosanne L. Mah (*pro hac vice* forthcoming)
505 14th Street, Suite 110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com

*Plaintiff's Counsel in Adams v. Gerber Products Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 20, 2021.

                                       /s/*Francis J. Balint, Jr.*
                                       Francis J. Balint, Jr.