# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| *In re Gerber Products Company Heavy Metals Baby Food Litigation* | Master File No. 1:21-cv-0269 |
| KATHLEEN KEETER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>GERBER PRODUCTS COMPANY,<br><br>        Defendant. | Case No.: 1:21-cv-00269-LO-TCB |
| JAMIE MOORE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>GERBER PRODUCTS COMPANY,<br><br>        Defendant. | Case No.: 1:21-cv-00277-LO-TCB |
| CRISTA MARIE HAZELY and KATHRYN MCCARTHY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>GERBER PRODUCTS CO.,<br><br>        Defendant. | Case No.: 1:21-cv-00321-LO-TCB |

| | |
|---|---|
| RENEE BRYAN, JEN MACLEOD, ALISON FLEISSNER, KELLY MCKEON, and TERESA HAGMAIER,<br><br>                    Plaintiffs,<br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>                    Defendant. | Case No.: 1:21-cv-00349-LO-TCB |
| KELLI ADAMS, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>   v.<br><br>GERBER PRODUCTS COMPANY,<br><br>                    Defendant. | Case No.: 1:21-cv-00410-LO-TCB |
| TERESA WILSON, RYAN SANDERS, SUSAN CANADA, TIFFANIE SKIBICKI, ANGEL WILSON, LISA GRAY, SHAWWANA KOONTZ, KRISTINE PAUL, HEATHER LOWREY, JOLINA MANLEY, JEAN LEFFINGWELL, JESSICA DAVID, SOMMER MCGURL, HAYLEY PFIEFER and CASSANDRA MARTELL individually, and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br>   v.<br><br>GERBER PRODUCTS COMPANY; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No.: 1:21-cv-00372-LO-TCB |

| | |
|---|---|
| ALEXIS BRYAN; MILISSA DUCASSE; and TALLY ROKOCZ, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>            Defendant. | Case No. 1:21-cv-00478-LO-TCB |
| JEREMY CANTOR; ASHLEY ALLEN; EMILY BACCARI; KAITLYNN CARSON; AMBER CAUDILL; NEISHA DANIELS; FELICIA DYKES; JILLIAN GEFFKEN; JESSICA GOODPASTURE; HANNAH GRANDT; DOMINICK GROSSI; GALENA GUTIERREZ; ANTHONY HARRISON; CHRISTINA HOLLAND; HEATHER HYDEN; MERCEDES JONES, LISA LOSIEWICZ; HEATHER MCCORMICK; TERRIE MCDONALD; HALEY SAMS; VITO SCAROLA; BAYLEE SCHAEFER; NATALIA STOROSHKO; and ARIANE THOMAS, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>            Defendant. | Case No.: 1:21-CV-00489 |

**DEFENDANT GERBER PRODUCTS COMPANY'S
<u>MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY</u>**

    COMES NOW Gerber Products Company and respectfully moves this Court to transfer venue of the above-captioned matter to the District of New Jersey, Newark Office, pursuant to the first-to-file rule and/or pursuant to 28 U.S.C. § 1404(a).

Dated: May 21, 2021  	Respectfully submitted,

                        By:  */s/ Kathryn J. Mims*
                              WHITE & CASE LLP
                              VA Bar 81486
                              701 Thirteenth Street, NW
                              Washington, DC 20005
                              T: (202) 626-3704
                              F: (202) 639-9355
                              kmims@whitecase.com

                              *Attorney for Defendant*
                              *Gerber Products Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2021, I caused the foregoing Motion to Transfer Venue to the District of New Jersey, Newark Office to be served on all counsel of record via the Court's CM/ECF system.

                              By:  */s/ Kathryn J. Mims*
                                    Kathryn J. Mims