IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-0269 |
| | Class Action |
| THIS DOCUMENT RELATES TO: | Jury Trial Demanded |
| *Keeter v. Gerber Products Company* | Case No. 1:21-cv-0269 |
| *Moore v. Gerber Products Company* | Case No. 1:21-cv-00277 |
| *Hazely, et al. v. Gerber Products Company* | Case No. 1:21-cv-00321 |
| *Bryan, et al. v. Gerber Products Company* | Case No. 1:21-cv-00349 |
| *Adams v. Gerber Products Company* | Case No. 1: 21-cv-00410 |

## SECOND CONSOLIDATION ORDER

WHEREAS, there are currently two related putative class actions, for violations of various state statutes and common law based on the same facts and issues of law, pending against the same Defendant, Gerber Products Company, entitled *Keeter v. Gerber Products Company*, Case No. 1:21-cv-0269, and *Moore v. Gerber Products Company*, Case No. 1:21-cv-00277, which were previously consolidated by this Court under the caption, *In Re Gerber Products Company Baby Food Litigation*, Master File No. 1:21-cv-0269 (the "Consolidated Action") (ECF No. 8);

1

WHEREAS, the plaintiffs in three other actions pending in this Court, *Hazely, et al. v. Gerber Products Company*, Case No. 1:21-cv-00321; *Bryan, et al. v. Gerber Products Company*, Case No. 1:21-cv-00349; and *Adams v. Gerber Products Company*, Case No. 1: 21-cv-00410, have included their claims in the Consolidated Class Action Complaint filed on May 12, 2021, in the Consolidated Action (ECF No. 23);

WHEREAS, the plaintiffs in *Hazely*, *Bryan* and *Adams*, and Defendant Gerber Products Company have all consented to have these actions consolidated with the Consolidated Action; and

WHEREAS, entry of this Order will promote judicial economy, avoid duplicative pleadings, motions and discovery proceedings, and streamline adjudication of related matters.

IT IS HEREBY ORDERED THAT:

The above actions are hereby consolidated before the Honorable Liam O'Grady, and all such actions shall continue to be identified as *In re Gerber Products Company Heavy Metals Baby Food Litigation*, Master File No. 1:21-cv-0269.

**IT IS SO ORDERED.**

Dated: May 24, 2021

_____
Honorable Liam O'Grady
United States District Judge

**WE ASK FOR THIS:**

/s/ Francis J. Balint, Jr.
VA Bar No. 21909
BONNETT FAIRBOURN FRIEDMAN &
BALINT, PC
4023 Chain Bridge Road, Suite 4
Fairfax, VA 22030
T: (602) 776-5903
F: (602) 274-1199
fbalint@bffb.com

*Attorneys for Plaintiffs*

**SEEN AND AGREED ONLY AS TO THE RELIEF REQUESTED:**

/s/ Kathryn J. Mims
VA Bar No. 81486
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3704
F: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendant
Gerber Products Company*