IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-0269 |
| *Keeter v. Gerber Products Company* | Case No. 1:21-cv-0269-LO-TCB |
| *Moore v. Gerber Products Company* | Case No. 1:21-cv-0277-LO-TCB |
| *Hazely, et al. v. Gerber Products Company* | Case No. 1:21-cv-0321-LO-TCB |
| *R. Bryan, et al. v. Gerber Products Company* | Case No. 1:21-cv-0349-LO-TCB |
| *Adams v. Gerber Products Company* | Case No. 1:21-cv-0410-LO-TCB |
| WILSON, *et al.*, Plaintiffs, v. GERBER PRODUCTS COMPANY, *et al.*, Defendants. | Case No. 1:21-cv-0372-LO-IDD |
| A. BRYAN, *et al.*, Plaintiffs, v. GERBER PRODUCTS COMPANY, Defendant. | Case No. 1:21-cv-0478-LO-TCB |
| CANTOR, *et al.*, Plaintiffs, v. GERBER PRODUCTS COMPANY, Defendant. | Case No. 1:21-cv-0489-LO-TCB |

## ORDER

This matter comes before the Court on Defendant Gerber Products Company's "motion to reset deadlines and consolidate or, in the alternative, to extend Gerber's time to move, answer, or otherwise respond to the consolidated class action complaint and the *Wilson* complaint to align with Gerber's response deadlines in the related *Cantor* and *A. Bryan* actions." This motion was filed in each of the above-captioned Actions. Because no Scheduling Order has yet been entered, the non-substantive relief Gerber requests will be substantively moot by the time the 20-day briefing schedule concludes in accordance with Local Rule 7(F)(1). As such, the Court **ORDERS** Plaintiffs in the above captioned Actions to respond to Gerber's motion by 12:00 PM on Friday, June 25, 2021 with a brief that outlines good cause, if any exists, to deny the motion. The Court will then promptly render a decision. No reply is to be filed.

The clerk is **DIRECTED** to docket this Order in each of the above-captioned Actions.

It is **SO ORDERED.**

June 23, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge