# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| *In re Gerber Products Company Heavy Metals Baby Food Litigation* | Master File No. 1:21-cv-00269 |
| KATHLEEN KEETER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendant. | Case No.: 1:21-cv-00269-LO-TCB |
| JAMIE MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendant. | Case No.: 1:21-cv-00277-LO-TCB |
| CRISTA MARIE HAZELY and KATHRYN MCCARTHY, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>GERBER PRODUCTS CO.,<br><br>*Defendant.* | Case No.: 1:21-cv-00321-LO-TCB |

| | |
|---|---|
| RENEE BRYAN, JEN MACLEOD, ALISON FLEISSNER, KELLY MCKEON, and TERESA HAGMAIER,<br><br>      Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>      Defendant. | Case No.: 1:21-cv-00349-LO-TCB |
| KELLI ADAMS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>      Defendant. | Case No.: 1:21-cv-00410-LO-TCB |
| TERESA WILSON, RYAN SANDERS, SUSAN CANADA, TIFFANIE SKIBICKI, ANGEL WILSON, LISA GRAY, SHAWWANA KOONTZ, KRISTINE PAUL, HEATHER LOWREY, JOLINA MANLEY, JEAN LEFFINGWELL, JESSICA DAVID, SOMMER MCGURL, HAYLEY PFIEFER and CASSANDRA MARTELL individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS COMPANY; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 1:21-cv-00372-LO-TCB |

| | |
|---|---|
| ALEXIS BRYAN, MILISSA DUCASSE, and TALLY ROKOCZ, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>    *Defendant*. | Case No.: 1:21-cv-00478 |
| JEREMY CANTOR; ASHLEY ALLEN; EMILY BACCARI; KAITLYNN CARSON; AMBER CAUDILL; NEISHA DANIELS; FELICIA DYKES; JILLIAN GEFFKEN; JESSICA GOODPASTURE; HANNAH GRANDT; DOMINICK GROSSI; GALENA GUTIERREZ; ANTHONY HARRISON; CHRISTINA HOLLAND; HEATHER HYDEN; MERCEDES JONES, LISA LOSIEWICZ; HEATHER MCCORMICK; TERRIE MCDONALD; HALEY SAMS; VITO SCAROLA; BAYLEE SCHAEFER; NATALIA STOROSHKO; and ARIANE THOMAS, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>GERBER PRODUCTS COMPANY,<br><br>    *Defendant*. | Case No.: 1:21-cv-00489 |

| | |
|---|---|
| AILEEN GARCES, EDELIN ALTUVE, JENNY ANDERSON, CARRIE ASHBOURNE, ASHLEE CAMPION, JESSICA CONNER, BRANDY DANIELS, APRIL GILLENS, JANDREA GLENN, ELIZABETH HALL, AMBER HOGAN, LASZLO KOVACS, CORI LAU, MICHELLE LYLES, SHALAYA MARTIN, CHRISTINA MARTINSON, MELISSA MEJIA, CHEY'NA MICCICHE, JULIA MILTON, ASHLEY MORGAN, MICHAEL MORROW, STACY MUSTO, CHRIS NALLEY, GLADYS OKOLO, QUEEN POUGH, CORTNEY POWELL, AMY PRONDZINSKI, JESSICA REED, SORAYA SANTOS, KIRA SPURGEON, LINDSEY TARLTON, LIDIA TILAHUN, JULIA VICE, DAMEN WALTON, JENNIFER WEISS, and JANICE WILSON, individually, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>           v.<br><br>GERBER PRODUCTS COMPANY,<br><br>    *Defendant*. | Case No. 1:21-cv-00902-LO-TCB |
| SUSAN LAWSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>           v.<br><br>GERBER PRODUCTS COMPANY,<br><br>    *Defendant*. | Case No. 1:21-cv-00770 |

| | |
|---|---|
| REBECCA ABBOTT, ERIN ABDOO, SOPHIA ALFARO, KRYSTAL LEIGH ANDERSON, ANGELA ARROWSMITH, MEGAN ASHLEY, ELIZABETH AUSTIN, JENNIFER BAINBRIDGE, ALYSSA MEGAN BARB, MIRIAH BARBERO, LINDSAY BARR, GRISEL BARRETO, COURTNEY BARRON, ASHLEY BAXTER, BRITTANY BENNETT, CRISTAL MARIE BETTIS, JULIE BLAKELEY, KELSEY BLANKENSHIP, MELISSA BLOOMQUIST-SMITH, AMANDA BOOTS, OLIVIA BOYER, AMANDA BRATTON, AUGUSTINA BRIONES, NICOLE BRISKY, CHEYENNE BROWNING, CELIA BRUNO, ANA BUTKUS, MARIA CALDERON, SERENITEY CARLIN, MAYELIN CARRANZA, ANNA CHASE, SHERAL SHAH CHHEDA, VICTORIA COKER, MELANIE COLE, JEN COMEAU, KIMBERLY CONWAY, ADRIANNE COOPER, MICHELLE CORBETT, ANGELA COX, ELAINE CRYER, BRANDY DAVIS, KALEY DEFORD, CHELZY DESVIGNE, BRITTANY DISTASO, ALYCIA DONOVAN, ALANA DOYETO, JESSICA DURRETT, SUDIPTA DUTTA, NATALYA DZYUBA, SAMANTHA EDWARDS, AMANDA FINCANNON, THERESA MARIE FINTONIS, AYAME TATIANA GALASSINI, MARCELA GARCÍA, ANGELA GARDNER, CARISSA GELOSO, SHELBY GERACI, KELSEY GLENNON, AUSTIN GUNDERSEN, ARUNDEEP KANWAR GURAYA, CHARITA HARRELL, GABRIELLE HARRISON, ROBERT HART, DEBBIE HAWKINS, SHANNON HERRINGTON, AMANDA HILL, LILLIAN HINKLE, AMANDA HOBBS-ROGERS, SAMMI HOBDY, NICHOLE HOLLING, SHAYLAN ISAACS, JASMINE JACKSON,YUHWA JANG, OLIVIA JOHNSON, REBECCA N KEETON, SARA KILBURN, SARAH | Case No. 1:21-cv-00789-TSE-IDD |

KNAAPEN, RACHEL KNUDSON, KARLEEN KOZACZKA, RACHAEL KRUUP, DEANA LINEGAR, APRIL LOCKHART, ANDREW LOHSE, LORI ANN LOUIS, SAMANTHA LUI, TRACI MARIE LUSSIER, ELINA MAHMENS, BRITTANY MARTIN, MARQUETTA MATTHEWS, ELIZABETH A. MCDOWELL, KALI MCGLINCH, LATOYA A MCHENRY, LORI-ANN MCKENZIE-HENRY, JANICE TAINA MERCADO GUADALUPE, RENEE MILLINE, CHRISTINA MITCHELL, LOUKEVIA MOORE, AMANDA GAMBRELL MORENCY, ANDREA MOZO, TABITHA MULLINAX, SANTEQUIA NGWU, STEPHANIE NORGAARD, LEAH M. OSTAPCHENKO, ROBERT PARTELLO, MELINDA PASS, KRISHNA PATEL, MIA PELLETIER, KARINA PENA, TINA MARIE PEREZ, MAURICE CARLOS PETETSON, ASHLEY PIERCE, ALI PLILER-LOPEZ, HOLLY PLOTTS, JANINNE E PRICE, DEBBIE REED, SARAH RIDINGS, KASSANDRA ROMERO, MAGGIE ROUSE, TIFFANY SALAZAR, CHRISTINA SALYERS, SHEENA SANDERS, LEA SANTOS, KIRTHI SASIKUMAR, AMANDA SCHRAM, BRENDA SCHROEDER, JULIE SECRIST, MICHELLELE SHORTER, CHERYL ELAINE SMITH, KINDER SMITH, EMILY SODERBLOOM-CATHEY, ABBY SONDALL, KIRSTEN SOUTH, LAKRISHA SPIKES, CHRISTINE STEELE, PORSCHE S. STOKES, ABBY STRATTON, RACHEL STRATTON, ASHLEY SWENNINGSON, KYLA C TALLEY, MARGO TEZENO, SHILOH THOMAS, KATRINA THOMAS, RHIANNA THORNTON, DILLON TOWNZEN, RACHAEL TREETOP, EMMA TROLINDER, MEGAN TROYER, SONJA RENÉE TWIGGS, BRITTANY (DUTTON) WALLACE, MONIQUE WARREN, BEVERLY WATKINS,

<div style="border:1px solid">
JENNIFER KAY WATTS, ACACIA WILSON, AMBER WRIGHT, LAUREN YESH, RETRENA YOUNGE, AND CHARISSE ZAPATA,

  *Plaintiffs*,

    v.

GERBER PRODUCTS COMPANY,

  *Defendant*.
</div>

**NOTICE OF DISTRICT OF NEW JERSEY
ORDER ON MOTION TO TRANSFER AND NOTICE
OF WITHDRAWAL OF GERBER'S MOTION TO TRANSFER**

COMES NOW defendant Gerber Products Company and states as follows:

1. This Court stayed the above-captioned related actions pending a decision by Judge Claire C. Cecchi (D.N.J.) on the motion pending before her to transfer venue of related actions from the District of New Jersey to this District (*Abbott*, 1:21-cv-00789, ECF No. 17; *A. Bryan*, 1:21-cv-00478, ECF No. 32; *Cantor*, 1:21-cv-00489, ECF No. 29; *Garces*, 1:21-cv-00902, ECF No. 9; *In re Gerber Products Co. Heavy Metals Baby Food Litig.*, 1:21-cv-0269 (and related actions), ECF No. 46; *Lawson*, 1:21-cv-00770, ECF No. 8;[1] *Wilson*, 1:21-cv-00372, ECF No. 30).

2. The Court also directed the parties to notify the Court as soon as Judge Cecchi rendered a decision. Accordingly, Gerber hereby provides this Court with notice that on September 13, 2021, Chief Magistrate Judge Falk issued an order in the related District of New Jersey actions transferring venue of those cases to this District (attached to this Notice as Exhibit A).

3. Judge Falk ordered that "no action shall be taken with respect to this Order for 14

---

[1] On July 28, 2021, the parties in *Lawson* filed a joint motion requesting the case be stayed pending Judge Cecchi's ruling on the D.N.J. motion to transfer. ECF No. 8. The joint motion was substantively identical to other motions granted by this Court in other recently filed cases. The *Lawson* joint motion remains pending.

days," pursuant to New Jersey Local Civil Rule 72.1(c)(1)(C).  Gerber does not intend to object pursuant to Rule 72 of the Federal Rules of Civil Procedure to Magistrate Judge Falk's order.  However, there are other parties that opposed the motion to transfer that may object.

4.	Gerber also hereby <u>withdraws</u> its Motions to Transfer related cases pending in this District to the District of New Jersey (*In re Gerber Products Co. Heavy Metals Baby Food Litig.*, 1:21-cv-0269-LO, ECF No. 29; *A. Bryan*, 1:21-cv-00478, ECF No. 19; *Cantor*, 1:21-cv-00489, ECF No. 12; *Wilson*, 1:21-cv-00372, ECF No. 12).

Dated:  September 14, 2021

Respectfully submitted,

By:  */s/ Kathryn J. Mims*
WHITE & CASE LLP
Va. Bar 81486
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3704
F: (202) 639-9355
kmims@whitecase.com

*Attorney for Defendant*
*Gerber Products Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I caused the foregoing Notice to be served on all counsel of record via the Court's CM/ECF system.

By:  */s/ Kathryn J. Mims*
Kathryn J. Mims