IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION : : : : THIS DOCUMENT RELATES TO: : : ALL ACTIONS : | Master File No. 1:21-cv-0269 |

ORDER

This matter having come before this Court upon the withdrawal of Defendant's motion to transfer this consolidated action to the District of New Jersey, and upon the Order of the District of New Jersey to transfer all pending actions against Gerber Products Company ("Gerber") to the District of New Jersey;

And Barrack, Rodos & Bacine, counsel for certain Plaintiffs, having proposed a schedule for consideration of motions for appointment of interim leadership of this action, with no other plaintiffs' counsel objecting to that proposed schedule;

And good cause having been shown;

It is on this 6th day of October, 2021, hereby ORDERED and DECREED:

1. The Court's June 28, 2021 Order (ECF No. 46) to the extent it served to stay proceedings is VACATED only to the extent that the Court shall entertain motions for interim leadership of this litigation;

2. The Court adopts the following schedule for consideration of any motion seeking to appoint interim leadership in this consolidated action and all related cases:

a. Opening leadership motions and supporting papers shall be filed by 4:00 p.m. on October 29, 2021;

b. Opposing papers, if any, shall be filed by 4:00 p.m. on November 12, 2021;

c. Reply papers, if any, shall be filed by 4:00 p.m. on November 19, 2021; and

d. The Court's determination as to whether to entertain oral argument on the leadership motion(s) shall be made after all papers are filed.

_____
Honorable Liam O'Grady
United States District Court