IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KATHLEEN KEETER, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>GERBER PRODUCTS COMPANY.<br><br>*Defendant*. | Civil Action No. 1:21-cv-00269<br>Hon. Liam O'Grady |

## ORDER

The Plaintiff, Kathleen Keeter, has filed a complaint against the Defendant, Gerber Products Company ("Gerber"). On September 13, 2021 several other civil actions filed against Gerber in the District of New Jersey were transferred to this Court. *See* Dkt. 49. Now there are several civil actions before this Court that allege substantially similar facts and make substantially similar claims as the current case. In the interest of judicial efficiency and in accordance with Federal Rule 20(a)(1)(B), the Court *sua sponte* moves to consolidate these actions. It is hereby **ORDERED** that the following civil actions are to be consolidated with the current case:

1. 1:21-cv-489
2. 1:21-cv-789
3. 1:21-cv-1080
4. 1:21-cv-1171
5. 1:21-cv-372

1

   6. 1:21-cv-478

   7. 1:21-cv-902

   8. 1:21-cv-1104

It is further **ORDERED** that:

   1. To the extent it is necessary, Gerber has waived service in all civil actions that are to be consolidated with the current case.

   2. Gerber's deadlines to move, answer, or respond to the civil actions (that are to be consolidated) are terminated as moot.

   3. The civil actions to be consolidated are to be considered properly consolidated for the purposes of filing any necessary motions.

The Court also takes note that in accordance with a previous order, Dkt. 53, the current deadline for opening leadership motions and supporting papers is today, Friday, October 29, 2021. To avoid confusion and to promote the most effective resolution of the Court's consideration of the motions for leadership, the previous order, Dkt. 53, is hereby **MODIFIED** as follows. The deadline for opening leadership motions and supporting papers is changed to **Friday, November 5, 2021 at 4:00 p.m.**

   It is so **ORDERED**.

October 29, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge

2