IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-269 (MSN/JFA)<br>Class Action |
| This Document Relates to ALL Cases | |

## **ORDER**

On May 10, 2022 the Court issued an Order directing plaintiff's Interim Co-Lead Counsel to file a consolidated complaint on or before May 24, 2022. (Dkt. No. 102). Today, plaintiffs' counsel requested a status conference to discuss the Court's Order. (Dkt. No. 103). Accordingly, it is hereby

ORDERED that the Court shall hold a videoconference status hearing on Wednesday, May 18, 2022 at 2:00 p.m. to discuss plaintiffs' filing of a representative complaint, and other case management issues.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
May 16, 2022