# STATUS CONFERENCE

Date: 5/18/2022             Judge: Nachmanoff
Reporter: Diane Salters
Start: 2:03 p.m.           Deputy Clerk: Lynnelle Creek
Finish: 2:44 p.m.

Civil Action Number: 1:21-cv-269

Keeter

vs.

Gerber Products Company

Appearance of Counsel for (✓)Pltf     (✓) Deft

Status Conference:
- Order previously entered to be amended to allow for the filing of a representative complaint.
- Representative Complaint to be filed no later than 6/3/2022.
- Counsel advised to confer regarding motion to dismiss briefing schedule and submit a proposed schedule by 5/25/2022.

(  ) Report and Recommendation to Follow
(✓) Order to Follow