IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

# CONSENT MOTION FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER NO. 1

Pursuant to the Court's Amended Order of May 19, 2022, Plaintiffs hereby move the Court for entry of the accompanying [Proposed] Case Management Order No. 1. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs shared a draft of the [Proposed] Case Management Order No. 1 with Defendant and the parties met and conferred about it; and

2. Defendant does not oppose entry of the [Proposed] Case Management Order No.1 and agrees to the dates proposed therein.

Dated: May 24, 2022

Respectfully submitted,

By: _____
Steven J. Toll
**COHEN MILSTEIN SELLERS**

1

**TOLL, PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Telephone: 212-899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*