IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

**CONSENT MOTION SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS**

Pursuant to the Court's Amended Order of May 19, 2022, Plaintiffs and Defendant, by and through their counsel of record, hereby move the Court for an order setting the following briefing schedule and hearing on Defendant's motion to dismiss:

1. Defendant's motion to dismiss shall be filed on or before July 8, 2022;

2. Plaintiffs' opposition to the motion to dismiss shall be filed on or before August 5, 2022;

3. Defendant's reply in support of the motion to dismiss shall be filed on or before August 19, 2022; and

4. Subject to the Court's approval, the hearing date on Defendant's motion to dismiss shall be September 12, 2022, or another date thereafter that is convenient for the Court.

A proposed order is attached for the Court's consideration.

Dated: May 25, 2022   Respectfully submitted,

By: */s/ Steven J. Toll*

Steven J. Toll
**COHEN MILSTEIN SELLERS
 TOLL PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com


Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701
rmr@classlawgroup.com


Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th
Floor
New York, New York 10036
Telephone: 212-899-1765
Facsimile: 332-206-2073
jpollack@calcaterrapollack.com


*Plaintiffs' Interim Co-Lead Counsel*

By:   */s/ Kathryn J. Mims*

Kathryn J. Mims
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: 202-626-3200
Facsimile: 202-639-9355
kmims@whitecase.com

Bryan A. Merryman
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: 213-620-7700
Facsimile: 213-452-2329
bmerryman@whitecase.com

*Counsel for Defendant Gerber Products Company*