IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS**

This matter is before the Court on the Parties' Consent Motion Setting Briefing Schedule and Hearing on Defendant's Motion to Dismiss. Having reviewed the Motion and for good cause shown, it is hereby,

**ORDERED** that the Motion be, and hereby is **Granted** as follows:

1. Defendant's motion to dismiss shall be filed on or before July 8, 2022;

2. Plaintiffs' opposition to the motion to dismiss shall be filed on or before August 5, 2022;

3. Defendant's reply in support of the motion to dismiss shall be filed on or before August 19, 2022; and

4. The hearing date on Defendant's motion to dismiss shall be _____, 2022.

_____, 2022

_____
HONORABLE MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT COURT JUDGE