IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-269 (MSN/JFA)<br>Class Action |

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on the Parties' Consent Motion Setting Briefing Schedule and Hearing on Defendant's Motion to Dismiss. (Dkt. No. 108). Having reviewed the Motion and for good cause shown, it is hereby

**ORDERED** that the Parties' Consent Motion (Dkt. No. 108) is **GRANTED** as follows:

1. Defendant's motion to dismiss shall be filed on or before July 8, 2022;

2. Plaintiffs' opposition to the motion to dismiss shall be filed on or before August 5, 2022;

3. Defendant's reply in support of the motion to dismiss shall be filed on or before August 19, 2022; and

4. Oral argument on Defendant's motion to dismiss shall be heard on September 16, 2022 at 10:00 am.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

May 26, 2022
Alexandria, Virginia