IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

**CONSENT MOTION RE: LITIGATION SCHEDULE**

Pursuant to the Court's Case Management Order of May 27, 2022, Plaintiffs and Defendant, by and through their counsel of record, hereby jointly move the Court for an order setting a litigation schedule. The parties state as follows:

1. The parties have met and conferred about appropriate deadlines for the determination of class certification, the completion of fact discovery and expert reports, and summary judgment.

2. The Parties believe that a schedule that calls for a determination of class certification issues as early as possible once sufficient discovery has taken place will assist the parties in evaluating the scope of the case and conserve the Court's and the parties' resources.

3. The parties jointly propose the following litigation schedule:

1

| EVENT | DEADLINE |
|---|---|
| Plaintiffs file motion for class certification, including supporting expert reports on class issues | December 9, 2022 |
| Defendant files opposition to motion for class certification, including any supporting expert reports on class issues, and Daubert motions on Plaintiffs' class experts | January 27, 2023 |
| Plaintiffs file reply brief in support of class certification, including any rebuttal expert reports on class issues, and any Daubert motions on Defendants' class experts | March 3, 2023 |
| Class certification hearing | March 20, 2023 (or later at the Court's convenience) |
| Close of fact discovery | April 17, 2023 |
| Deadline to serve affirmative expert reports on merits(non-class) issues | May 17, 2023 |
| Deadline to serve rebuttal expert reports on merits (non-class) issues | June 19, 2023 |
| Close of expert discovery | July 17, 2023 |
| Parties file motions for summary judgment | August 17, 2023 |

A proposed order is attached for the Court's consideration.

Dated: June 1, 2022

Respectfully submitted,

By:   */s/ Steven J. Toll*

Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

2

<div style="margin-left:50%">

Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Telephone: 212-899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*

</div>

By:  /s/ Kathryn J. Mims

<div style="margin-left:50%">

Kathryn J. Mims
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: 202-626-3200
Facsimile: 202-639-9355

Bryan Merryman
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:  213-620-7700
Facsimile: 213-452-2329

*Counsel for Defendant Gerber Products Company*

</div>