IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
|---|---|
| This Document Relates to ALL Cases | |

### [PROPOSED] ORDER SETTING LITIGATION SCHEDULE

This matter is before the Court on the Parties' Consent Motion Re: Litigation Schedule. Having reviewed the Motion and for good cause shown, it is hereby,

**ORDERED** that the Motion be, and hereby is **Granted**. The Court sets the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Plaintiffs file motion for class certification, including supporting expert reports on class issues | December 9, 2022 |
| Defendant files opposition to motion for class certification, including any supporting expert reports on class issues, and Daubert motions on Plaintiffs' class experts | January 27, 2023 |
| Plaintiffs file reply brief in support of class certification, including any rebuttal expert reports on class issues, and any Daubert motions on Defendants' class experts | March 3, 2023 |
| Class certification hearing | March 20, 2023 (or later at the Court's convenience) |

1

| Close of fact discovery | April 17, 2023 |
|---|---|
| Deadline to serve affirmative expert reports on merits(non-class) issues | May 17, 2023 |
| Deadline to serve rebuttal expert reports on merits (non-class) issues | June 19, 2023 |
| Close of expert discovery | July 17, 2023 |
| Parties file motions for summary judgment | August 17, 2023 |

_____, 2022

_____
HONORABLE MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT COURT JUDGE