UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

## NOTICE OF CHANGE OF ADDRESS

Rosemary Rivas and Mark Troutman, counsel of record for Plaintiffs hereby notify the Court and the parties to this action that they have changed their firm address and contact information to the following:

**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Phone: (510) 350-9700
Fax: (510) 350-9701

Dated this 14th day of June, 2022.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　 */s/ Steven J. Toll*
　　　　　　　　　　　　　　　　　　　　Steven J. Toll
　　　　　　　　　　　　　　　　　　　　**COHEN MILSTEIN SELLERS & TOLL, PLLC**
　　　　　　　　　　　　　　　　　　　　1100 New York Ave. NW East Tower, 5th Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 408-4600
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 408-4699
　　　　　　　　　　　　　　　　　　　　stoll@cohenmilstein.com


Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701
rmr@classlawgroup.com

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036 Telephone: 212-899-1765
Facsimile: 332-206-2073
jpollack@calcaterrapollack.com

*Plaintiffs' Interim Co-Lead Counsel*

**PROOF OF SERVICE**

I hereby certify that on June 14, 2022, I electronically filed a NOTICE OF CHANGE OF ADDRESS with the Court's CM/ECF system, which will electronically send notification of this filing on all interested parties.

<div style="text-align: right;">
<u>/s/ Steven J. Toll</u>
Steven J. Toll
</div>