IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-269 (MSN/JFA) Class Action |
| This Document Relates to ALL Cases | |

## **ORDER**

On June 7, 2022 the Court issued Case Management Order No. 2 (Dkt. No. 113) setting a Status Conference on July 8, 2022 at 11:00 a.m. followed by a Rule 16(b) Conference conducted by Magistrate Judge Anderson. It is hereby

ORDERED that the Status Conference will now be held on July 8, 2022 at 1:00 p.m. followed by a Rule 16(b) Conference conducted by Magistrate Judge Anderson.

It is SO ORDERED.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
June 21, 2022