IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE ADDITIONAL NON-PARTY, NON-EXPERT WITNESS DEPOSITIONS**

This matter is before the Court on Plaintiffs' Motion for Leave to Take Additional Non-Party, Non-Expert Witness Depositions and for good cause shown, it is hereby,

**ORDERED** that the Motion be, and hereby is **Granted**. Plaintiffs have leave to take up to twenty-five (25) non-party, non-expert witness depositions in this matter.

_____, 2022

_____
HONORABLE MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT COURT JUDGE