IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE GERBER PRODUCTS COMPANY : <br> HEAVY METALS BABY FOOD : <br> LITIGATION : <br> : <br> THIS DOCUMENT RELATES TO : <br> ALL ACTIONS : <br> : | Master File No. 1:21-cv-00269 <br><br> Class Action |

## JOINT AGENDA FOR JULY 8, 2022 CONFERENCE

Pursuant to Case Management Order No. 2 ("CMO No. 2") (ECF No. 113), Plaintiffs Deandra Bryant, Christopher Craig, Mayra Verduzco, Renee Bryan, Jennifer Gaetan, Vanessa Inoa, Charlotte Willoughby, Angelique Velez, Danielle Visconti, Jessica Moore, and Janice Wilson ("Plaintiffs") and Defendant Gerber Products Company ("Defendant" or "Gerber") (together, the "Parties") hereby submit this Joint Agenda for the July 8, 2022 Status Conference and Rule 16(b) Conference. As stated by the Court in CMO #2, the Parties will be prepared to discuss scheduling, discovery and case management issues. In addition, the Parties will be prepared to discuss Plaintiffs' motion for additional non-party, non-expert depositions (ECF No. 118).

The only other agenda items the Parties have identified is the following:
In CMO No. 2, the Court discussed a joint "Document Depository." The Parties have met and conferred and respectfully submit that due to work product concerns associated with a shared Document Depository, they would prefer to maintain their own separate such Depositories, each side to bear its own costs. *See* Stipulation and Order Regarding Discovery of Electronically Stored Information, at paragraph 4 (ECF No. 120, pageID#1613).

Dated: June 24, 2022                                    By: /s/ Steven J. Toll
                                                        Steven J. Toll
                                                        COHEN MILSTEIN SELLERS &
                                                        TOLL, PLLC
                                                        1100 New York Ave. NW
                                                        East Tower, 5th Floor
                                                        Washington, DC 20005
                                                        Telephone: (202) 408-4600
                                                        Facsimile: (202) 408-4699
                                                        stoll@cohenmilstein.com

                                                        Rosemary M. Rivas
                                                        GIBBS LAW GROUP LLP
                                                        1111 Broadway, Suite 2100
                                                        Oakland, CA 94607
                                                        Telephone: 510-350-9700
                                                        Facsimile: 510-350-9701
                                                        rmr@classlawgroup.com

                                                        Janine Pollack
                                                        CALCATERRA POLLACK LLP
                                                        1140 Avenue of the Americas, 9th Floor
                                                        New York, New York 10036
                                                        Telephone: 212-899-1765
                                                        Facsimile: 332-206-2073
                                                        jpollack@calcaterrapollack.com

                                                        *Plaintiffs' Interim Co-Lead Counsel*

Dated: June 24, 2022                                    By: */s/ Bryan A. Merryman*
                                                        Bryan A. Merryman
                                                        (admitted *pro hac vice*)
                                                        WHITE & CASE LLP
                                                        555 South Flower Street, Suite 2700
                                                        Los Angeles, CA 90071
                                                        Tel: (213) 620-7700
                                                        Fax: (213) 452-2329
                                                        bmerryman@whitecase.com

Kathryn J. Mims
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
Tel: (202) 626-3200
Fax: (202) 639-9355
kathryn.mims@whitecase.com

Geoffrey W. Castello
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5922
Fax: (973) 503-5950
gcastello@kelleydrye.com

*Counsel for Defendant*
*Gerber Products Company*