## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

### GERBER PRODUCTS COMPANY'S MOTION TO DISMISS PLAINTIFFS' REPRESENTATIVE CLASS ACTION COMPLAINT

COMES NOW Defendant Gerber Products Company ("Gerber"), pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(6), and 9(b), and moves this Court to dismiss Plaintiffs' Representative Class Action Complaint in its entirety on the grounds that Plaintiffs fail to state a claim upon which relief can be granted and fail to plead their fraud-based claims with sufficient particularity.  A memorandum of facts and law supporting this motion is filed herewith, along with a proposed order.

WHEREFORE, for the reasons stated in the Memorandum in support of this motion submitted herewith, its supporting declarations, for reasons to be stated in oral argument, and any other cause deemed appropriate by this Court, Gerber respectfully requests that its Motion to Dismiss Plaintiffs' Representative Class Action Complaint be granted.

AMERICAS 115640099

Dated:  July 8, 2022                WHITE & CASE LLP


By: */s/ Kathryn J. Mims*
      Kathryn J. Mims (Va. 81486)
      WHITE & CASE LLP
      701 Thirteenth Street, NW
      Washington, DC 20005
      T: (202) 626-3704
      F: (202) 639-9355
      kmims@whitecase.com

      Bryan A. Merryman
      (admitted *pro hac vice*)
      WHITE & CASE LLP
      555 South Flower Street
      Suite 2700
      T: (213) 620-7700
      F: (213) 452-2329
      Los Angeles, CA 90071
      bmerryman@whitecase.com

      Kimberly A. Havlin
      (admitted *pro hac vice*)
      WHITE & CASE LLP
      1221 Avenue of the Americas
      New York, N.Y. 10020
      T: (212) 819-8200
      F: (212) 354-8113
      kim.havlin@whitecase.com

      Geoffrey W. Castello
      KELLEY DRYE & WARREN LLP
      One Jefferson Road, 2nd Floor
      Parsippany, NJ  07054
      Tel: (973) 503-5922
      Fax: (973) 503-5950
      gcastello@kelleydrye.com

      Attorneys for Defendant
      Gerber Products Company

AMERICAS 115640099

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I caused a copy of the foregoing **MOTION TO**

**DISMISS and PROPOSED ORDER** to be filed electronically with the Clerk of the Court via

the Court's ECF system, which will send notification of such filing to all counsel of record.

By:   */s/ Kathryn J. Mims*
Kathryn J. Mims (Va. 81486)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3704
F: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendant*
*Gerber Products Company*

3

AMERICAS 115640099