# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, September, 16, 2022, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendant Gerber Products Company ("Gerber") will present to the Court the Motion to Dismiss.

Dated:  July 8, 2022

WHITE & CASE LLP

By: /s/ Kathryn J. Mims
Kathryn J. Mims (Va. 81486)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3704
F: (202) 639-9355
kmims@whitecase.com

Bryan A. Merryman
(admitted *pro hac vice*)
WHITE & CASE LLP
555 South Flower Street
Suite 2700
T: (213) 620-7700
F: (213) 452-2329
Los Angeles, CA 90071
bmerryman@whitecase.com

Kimberly A. Havlin
(admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, N.Y. 10020
T: (212) 819-8200
F: (212) 354-8113
kim.havlin@whitecase.com

Geoffrey W. Castello
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5922
Fax: (973) 503-5950
gcastello@kelleydrye.com

Attorneys for Defendant
Gerber Products Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I caused a copy of the foregoing **NOTICE OF HEARING** to be filed electronically with the Clerk of the Court via the Court's ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Kathryn J. Mims*
Kathryn J. Mims (Va. 81486)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3704
F: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendant
Gerber Products Company*