Date: 08/05/2022     Judge: JOHN F. ANDERSON
     Reporter: FTR

Start: 10:04AM
Finish: 10:27AM

Civil Action Number: 1:21-cv-269-MSN-JFA

In Re: Gerber Products Company Heavy Metals Baby Food Litigation

Appearance of Counsel for Pltf (X) Deft (X)

Matter is uncontested ( )

Motion to/for:

[137] PLAINTIFFS' MOTION TO COMPEL RESPONSE TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

Argued &
( ) Granted ( ) Denied (X) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(X) Order(s) to Follow