

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: GERBER PRODUCTS COMPANY )
HEAVY METALS BABY FOOD LITIGATION ) Master File No. 1:21-cv-0269 (MSN/JFA)
_____ )

## ORDER

This matter is before the court on plaintiffs' motion to compel response to plaintiffs' first requests for production of documents. (Docket no. 137). Having reviewed the motion, memorandum in support, opposition, and reply, and having considered the arguments of counsel, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part and denied in part for the reasons stated from the bench.

Entered this 5th day of August, 2022.

                                                                                              /s/
                                                                   John F. Anderson
                                                                   United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia