IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

**GERBER PRODUCTS COMPANY'S MOTION TO COMPEL PLAINTIFFS' ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

COMES NOW Defendant Gerber Products Company, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Local Rules 7 and 37, and the Court's Scheduling Order (ECF No. 131), and moves this Court to compel Plaintiffs to provide complete answers to Gerber's Interrogatory Numbers 2, 3, 4, 6, 7, 8, 9, 10, 14, and 17, and produce documents in response to Gerber's Request for Production Number 7. Gerber also respectfully requests that the Court overrule Plaintiffs' objections upon which they are not standing for Interrogatory Nos. 1, 5, 11, 12, 13, 15, 16, 17, 18, 19, and 20, and Request for Production Numbers 2-4, 7, 8, 10-13, and 16.

Pursuant to Local Rules 7(E) and 37(E), and the Court's Scheduling Order (ECF No. 131), counsel for the parties have met and conferred in an effort to resolve the issues raised in this Motion, but were unable to do so. A memorandum of facts and law supporting this motion is filed herewith, along with a proposed order.

WHEREFORE, for the reasons stated in the Memorandum in support of this motion submitted herewith, its supporting exhibits, for reasons to be stated in oral argument, and any other cause deemed appropriate by this Court, Gerber respectfully requests that its Motion to Compel Plaintiffs' discovery responses be granted.

1

Dated:  August 12, 2022                           WHITE & CASE LLP

By: */s/ Kathryn J. Mims*
    Kathryn J. Mims (Va. 81486)
    WHITE & CASE LLP
    701 Thirteenth Street, NW
    Washington, DC 20005
    T: (202) 626-3704
    F: (202) 639-9355
    kmims@whitecase.com

    Bryan A. Merryman
    (admitted *pro hac vice*)
    WHITE & CASE LLP
    555 South Flower Street
    Suite 2700
    T: (213) 620-7700
    F: (213) 452-2329
    Los Angeles, CA 90071
    bmerryman@whitecase.com

    Kimberly A. Havlin
    (admitted *pro hac vice*)
    WHITE & CASE LLP
    1221 Avenue of the Americas
    New York, N.Y. 10020
    T: (212) 819-8200
    F: (212) 354-8113
    kim.havlin@whitecase.com

    Geoffrey W. Castello
    KELLEY DRYE & WARREN LLP
    One Jefferson Road, 2nd Floor
    Parsippany, NJ  07054
    Tel: (973) 503-5922
    Fax: (973) 503-5950
    gcastello@kelleydrye.com

    Attorneys for Defendant
    Gerber Products Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I caused a copy of the foregoing **MOTION TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION AND ANSWERS TO INTERROGATORIES** to be filed electronically with the Clerk of the Court via the Court's ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Kathryn J. Mims*
Kathryn J. Mims (Va. 81486)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
T: (202) 626-3704
F: (202) 639-9355
kmims@whitecase.com

*Attorneys for Defendant*
*Gerber Products Company*

AMERICAS 116334912