IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | : : : : | Master File No. 1:21-cv-00269 Class Action |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : | |

**JOINT AGENDA FOR AUGUST 19, 2022 STATUS CONFERENCE**

Pursuant to the Rule 16(b) Scheduling Order (ECF No. 131), at ¶ 9, Plaintiffs Deandra Bryant, Christopher Craig, Mayra Verduzco, Renee Bryan, Jennifer Gaetan, Vanessa Inoa, Charlotte Willoughby, Angelique Velez, Danielle Visconti, Jessica Moore, and Janice Wilson ("Plaintiffs") and Defendant Gerber Products Company ("Defendant" or "Gerber") (together, the "Parties"), hereby submit this Joint Agenda for the August 19, 2022 Status Conference. The Parties propose the following agenda items:

1. Outstanding discovery issues: The parties have agreed to the deadline of September 9, 2022, for Gerber to substantially complete its production of responsive documents for priority custodians. The parties continue to meet and confer regarding the custodians that have been identified as non-priority and regarding Plaintiffs' 30b6 deposition notice. If the parties reach an agreement before the August 19, 2022 status conference, they will advise the Court that the status conference should be adjourned.

2. The September 9, 2022 status conference: The parties propose that the Court continue the September 9, 2022 status conference to September 16, 2022, the date of the hearing on Gerber's motion to dismiss.

The parties plan on attending the August 19, 2022 conference in person.

Dated: August 12, 2022                      By: */s/ Steven J. Toll*
                                            Steven J. Toll
                                            COHEN MILSTEIN SELLERS &
                                            TOLL, PLLC
                                            1100 New York Ave. NW
                                            East Tower, 5th Floor
                                            Washington, DC 20005
                                            Telephone: (202) 408-4600
                                            Facsimile: (202) 408-4699
                                            stoll@cohenmilstein.com

                                            Rosemary M. Rivas
                                            GIBBS LAW GROUP LLP
                                            1111 Broadway, Suite 2100
                                            Oakland, CA 94607
                                            Telephone: 510-350-9700
                                            Facsimile: 510-350-9701
                                            rmr@classlawgroup.com

                                            Janine Pollack
                                            CALCATERRA POLLACK LLP
                                            1140 Avenue of the Americas, 9th Floor
                                            New York, New York 10036
                                            Telephone: 212-899-1765
                                            Facsimile: 332-206-2073
                                            jpollack@calcaterrapollack.com

                                            *Plaintiffs' Interim Co-Lead Counsel*

Dated: August 12, 2022                      By: */s/ Bryan A. Merryman*
                                            Bryan A. Merryman
                                            (admitted *pro hac vice*)
                                            WHITE & CASE LLP
                                            555 South Flower Street, Suite 2700
                                            Los Angeles, CA 90071
                                            Tel: (213) 620-7700
                                            Fax: (213) 452-2329
                                            bmerryman@whitecase.com

                                            Kathryn J. Mims
                                            WHITE & CASE LLP
                                            701 Thirteenth Street, NW
                                            Washington, D.C. 20005
                                            Tel: (202) 626-3200
                                            Fax: (202) 639-9355

kathryn.mims@whitecase.com

Geoffrey W. Castello
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5922
Fax: (973) 503-5950
gcastello@kelleydrye.com

*Counsel for Defendant*
*Gerber Products Company*