IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

---

IN RE GERBER PRODUCTS COMPANY :
HEAVY METALS :
BABY FOOD LITIGATION :
: CASE NO. No. 1:21-cv-00269
:

---

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs ALEXIS BRYAN, MILISSA DUCASSE, TALLY ROKOCZ, plaintiffs in action *Bryan et al. v. Gerber Products Company*, *No.1:21-cv-00478*, consolidated with the above-caption litigation, and JEREMY CANTOR, ASHLEY ALLEN, EMILY BACCARI, KAITLYNN CARSON, AMBER CAUDILL, NEISHA DANIELS, FELICIA DYKES, JILLIAN GEFFKEN, JESSICA GOODPASTURE, HANNAH GRANDT, DOMINICK GROSSI, GALENA GUTIERREZ, ANTHONY HARRISON, CHRISTINA HOLLAND, HEATHER HYDEN, MERCEDES JONES, LISA LOSIEWICZ, HEATHER MCCORMICK, TERRIE MCDONALD, HALEY SAMS,VITO SCAROLA, BAYLEE SCHAEFER, NATALIA STOROSHKO, and ARIANE THOMAS, plaintiffs in action *Cantor et al. v. Gerber Products Company, No. 1:21-cv-00489*, also consolidated with the above-caption litigation, hereby give notice that they voluntarily dismiss their claims, without prejudice, and without costs.

DATE: August 24, 2022				Respectfully submitted,


					By:	*/s/ Mark J. Krudys*

						Mark J. Krudys (VSB# 30718)
						THE KRUDYS LAW FIRM, PLC
						Truist Place
						919 E. Main Street, Suite 2020
						Richmond, VA  23219
						Phone: (804) 774-7950
						Fax: (804) 381-4458
						Email: mkrudys@krudys.com


						Erin Green Comite (*pro hac vice*, 21-cv-489)
						**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
						156 S. Main St., P.O. Box 192
						Colchester, CT 06415
						Tel.: (860) 537-5537
						Fax: (860) 537-4432
						ecomite@scott-scott.com

						Joseph P. Guglielmo (*pro hac vice*, 21-cv-489)
						Sean T. Masson (*pro hac vice*, 21-cv-489)
						**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
						The Helmsley Building
						230 Park Avenue, 17th Floor
						New York, NY 10169
						Tel.: (212) 223-4478
						Fax: (212) 233-6334
						jguglielmo@scott-scott.com
						smasson@scott-scott.com

						STEVEN L. BLOCH, ESQ., *PHV*
						IAN W. SLOSS, ESQ.
						**SILVER GOLUB & TEITELL LLP**
						ONE LANDMARK SQ., 15TH FL
						STAMFORD, CT 06901
						(203) 325-4491
						FAX: (203) 325-3769
						sbloch@sgtlaw.com

2

## **CERTIFICATION OF SERVICE**

      I hereby certify that on August 24, 2022, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicted on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com

3