IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-269 (MSN/JFA)<br>Class Action |

## ORDER

On August 12, 2022, the parties filed a Joint Agenda for August 19, 2022 Status Conference (Dkt. No. 149) requesting the September 9, 2022 status conference be continued to September 16, 2022. On May 26, 2022, the Court set oral argument on defendant's Motion to Dismiss for Friday, September 16, 2022, *see* Dkt. No. 109. Accordingly, it is hereby

ORDERED that oral argument on defendant's Motion to Dismiss (Dkt. No. 132) is rescheduled to Friday, September 23, at 10:00 a.m.; it is further

ORDERED that the status conference scheduled for Friday, September 9, 2022 is rescheduled to Friday, September 23, 2022 at 11:30 a.m.

It is SO ORDERED.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
August 24, 2022