UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION <br><br> This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

**PLAINTIFFS' MOTION TO COMPEL NESTLÉ DOCUMENTS, CUSTODIANS, AND SUBSTANTIAL COMPLETION DATE**

Plaintiffs, by counsel, respectfully request that the Court grant their Motion to Compel Nestlé Documents, Custodians, and Substantial Completion Date and compel Gerber to (1) produce documents that reside at Nestle, S.A. and other Nestle affiliates (including by adding custodians from Nestle Group entities to its ESI searches), and prepare a corporate designee to testify regarding Nestle's knowledge; (2) produce responsive documents from the custodians already identified in Gerber's initial disclosures, as well as Gerber's current and former CEOs; and (3) substantially complete its production of documents by September 15, 2022. The parties have met and conferred in good faith multiple times via Zoom over the course of the last several weeks, and contrary to evidence and the standard in this district, Gerber has taken the position that documents held by members of the Nestlé Group are not within the possession, custody, or control of Gerber. The reasons in support of this Motion are stated in the accompanying Memorandum in Support.

Dated: August 26, 2022　　　　　　　　By:　*/s/ Steven J. Toll*
　　　　　　　　　　　　　　　　　　　　　　　Steven J. Toll
　　　　　　　　　　　　　　　　　　　　　　　**COHEN MILSTEIN SELLERS &**

**TOLL, PLLC**
1100 New York Ave. NW East Tower, 5th Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Telephone: 212-899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By:    */s/ Steven J. Toll*

Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave. NW East Tower, 5th Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
