UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION <br><br> This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

### PLAINTIFFS' MOTION TO SEAL MOTION TO COMPEL NESTLÉ DOCUMENTS, CUSTODIANS, AND SUBSTANTIAL COMPLETION DATE

Plaintiffs, pursuant to Local Civil Rule 5, hereby move to seal portions of Plaintiffs' Motion to Compel Nestlé Documents, Custodians, and Substantial Completion Date, as well as Exhibits A attached thereto. The facts and law supporting the granting of this motion to seal are contained in Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Seal Plaintiffs' Motion to Compel Nestlé Documents, Custodians, and Substantial Completion Date.

Dated: August 26, 2022

By:  */s/ Steven J. Toll*
Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave.
NW East Tower, 5th
Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas,
9th Floor
New York, New York
10036 Telephone: 212-899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By:    */s/ Steven J. Toll*

Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave. NW East Tower, 5th Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
