KIUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL PLAINTIFFS' MOTION TO COMPEL NESTLÉ DOCUMENTS, CUSTODIANS, AND SUBSTANTIAL COMPLETION DATE**

Plaintiffs, by counsel and pursuant to Local Civil Rule 5, submit this Memorandum in Support of Plaintiffs' Motion to Seal Plaintiffs' Motion to Compel Nestlé Documents, Custodians, and Substantial Completion Date (the "Sealing Motion"). In their contemporaneously-filed Motion to Compel Nestlé Documents, Custodians, and Substantial Completion Date, Plaintiffs discuss and cite to a document that Gerber has designated as "Highly Confidential."

The "Highly Confidential" document is a letter submitted by Gerber to the House Subcommittee on Economic and Consumer Policy. This document is attached as Exhibit A to Plaintiffs' Motion to Compel. Plaintiffs invite Defendant to justify designation of this document as confidential.

Dated: August 26, 2022                    By:   */s/ Steven J. Toll*
                                                Steven J. Toll
                                                **COHEN MILSTEIN SELLERS & TOLL, PLLC**
                                                1100 New York Ave.

NW East Tower, 5th
Floor Washington, DC
20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas,
9th Floor
New York, New York
10036 Telephone: 212-
899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Steven J. Toll*

Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave. NW East Tower, 5th Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699