# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

## NOTICE OF MOTION TO SEAL

Plaintiffs, by counsel, in compliance with Local Rule 5 and Magistrate Judge Anderson's Rule 16(B) Scheduling Order, 6(g), ECF No. 131, notices that the motion filed at ECF No. 163 is a sealing motion, seeking to maintain under seal certain exhibits to and corresponding sections of Plaintiffs' Memorandum in Support of their Motion to Compel Nestlé Documents, Custodians, and Substantial Completion. Per Local Rule 5, Defendant Gerber Products Company may submit a memorandum in support of or in opposition to the motion to seal within seven (7) days after the filing of the motion to seal and may designate all or part of such memorandum as confidential.

Dated: August 26, 2022

By: */s/ Steven J. Toll*
Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave. NW East Tower, 5th Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Rosemary M. Rivas
**GIBBS LAW GROUP LLP**

1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas,
9th Floor
New York, New York
10036 Telephone: 212-
899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By:   */s/ Steven J. Toll*
Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave. NW East Tower, 5th Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699