UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, September 2, 2022, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Plaintiffs will present to the Court their Motion to Compel Nestlé Documents, Custodians, and Substantial Completion Date.

| | |
|---|---|
| Dated: August 26, 2022 | By: */s/ Steven J. Toll*<br>Steven J. Toll<br>**COHEN MILSTEIN SELLERS & TOLL, PLLC**<br>1100 New York Ave. NW East Tower, 5th Floor Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Rosemary M. Rivas<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Telephone: 510-350-9700<br>Facsimile: 510-350-9701<br><br>Janine Pollack<br>**CALCATERRA POLLACK LLP** |

1140 Avenue of the Americas,
9th Floor
New York, New York
10036 Telephone: 212-899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By:    */s/ Steven J. Toll*

Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave. NW East Tower,
5th Floor Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699