Date: 08/26/2022                                    Judge: JOHN F. ANDERSON
                                                    Reporter: FTR

Start: 10:06AM
Finish: 11:01AM

Civil Action Number: 1:21-cv-269-MSN-JFA

In Re: Gerber Products Company Heavy Metals Baby Food Litigation

Appearance of Counsel for Pltf (X) Deft (X)

Matter is uncontested ( )

Motion to/for:

[148] GERBER PRODUCTS COMPANY'S MOTION TO COMPEL PLAINTIFFS' ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Argued &
( ) Granted ( ) Denied (X) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(X) Order(s) to Follow