IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



IN RE: GERBER PRODUCTS COMPANY )
HEAVY METALS BABY FOOD LITIGATION ) Master File No. 1:21-cv-0269 (MSN/JFA)
)

## ORDER

This matter is before the court on defendant's motion to compel plaintiff's answers to interrogatories and production of documents. (Docket no. 148). Having reviewed the motion, memorandum in support, opposition, and reply, and having considered the arguments of counsel during the hearing on August 26, 2022, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part and denied in part for the reasons stated from the bench.

Entered this 26th day of August, 2022.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia