IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: GERBER PRODUCTS COMPANY  )
HEAVY METALS BABY FOOD LITIGATION  ) Master File No. 1:21-cv-0269 (MSN/JFA)
_____)

## ORDER

This matter is before the court on plaintiffs' motion to seal. (Docket no. 163). Having reviewed the response filed by defendant indicating that defendant has no objection to the materials that were filed under seal being in the public record (Docket no. 173), it is hereby

ORDERED that the motion to seal is denied and plaintiffs shall file an unredacted version of the memorandum in support of their motion to compel, along with exhibit A, in the public record.

Entered this 2nd day of September, 2022.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia