Date: 09/02/2022            Judge: <u>JOHN F. ANDERSON</u>
                                                           Reporter: <u>FTR</u>

Start: 10:54AM
Finish: 11:37AM

Civil Action Number: <u>1:21-cv-269-MSN-JFA</u>

<u>In Re: Gerber Products Company Heavy Metals Baby Food Litigation</u>

Appearance of Counsel for Pltf (X) Deft (X)

Matter is uncontested ( )

Motion to/for:

<u>[162] PLAINTIFFS' MOTION TO COMPEL NESTLÉ DOCUMENTS, CUSTODIANS, AND SUBSTANTIAL COMPLETION DATE</u>

Argued &
( ) Granted ( ) Denied (X) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(X) Order(s) to Follow