IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



IN RE: GERBER PRODUCTS COMPANY )
HEAVY METALS BABY FOOD LITIGATION ) Master File No. 1:21-cv-0269 (MSN/JFA)
_____ )

## ORDER

This matter is before the court on plaintiffs' motion to compel Nestlé documents, custodians, and substantial completion date. (Docket no. 162). Having reviewed the motion, memorandum in support, opposition, and reply, and having considered the arguments of counsel during the hearing on September 2, 2022, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part and denied in part for the reasons stated from the bench. Defendant shall be required to provide the Nestlé documents discussed during the hearing relating to Nestlé's Global Contaminant Guidance Levels for Finished Food Products and a deponent prepared to testify concerning Nestlé's Global Contaminant Guidance Levels for Finished Food Products. Defendant shall provide documents from the seven priority custodians by no later than September 9, 2022, the five designated custodians by September 26, 2022, and the two additional custodians designated by plaintiffs in open court by October 7, 2022. Substantial completion of all document production shall be October 7, 2022.

Entered this 2nd day of September, 2022.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia