IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

This matter is before the Court on Plaintiffs' Motion for Leave to File Surreply in Further Opposition to Defendant's Motion to Dismiss. Having reviewed the Motion and for good cause shown, it is hereby,

**ORDERED** that Plaintiffs' Motion (Dkt. No. 188) is **GRANTED**. Plaintiffs may file their surreply (Dkt. No. 188-1) within three (3) business days of the entry of this Order.

/s/

September 14, 2022
Alexandria, Virginia

HONORABLE MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT COURT JUDGE