IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 1:21-cv-0269-MSN-JFA |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff SUSAN LAWSON, plaintiff in action *Lawson v. Gerber Products Co.*, No. 1:21-cv-00700-AJT-MSN (E.D. Va.), consolidated with the above-caption litigation, hereby give notice that she voluntarily dismisses her claims, without prejudice, and without costs.

Dated: September 22, 2022

Respectfully submitted,

*/s/ Melissa S. Weiner*
Melissa S. Weiner
PEARSON, SIMON & WARSHAW, LLP
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: mweiner@pswlaw.com

*Attorney for Plaintiff Susan Lawson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2022, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Melissa S. Weiner*
Melissa S. Weiner
*Attorney for Plaintiff Susan Lawson*