**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs in the above-captioned action, by counsel, respectfully request that the Court grant their Motion to Modify Scheduling Order ("Motion") and extend all case deadlines by approximately three months. The legal and factual bases for the Motion are detailed in the concurrently-filed Memorandum in Support of the Motion. Plaintiffs have conferred with Defendant Gerber Products Company ("Gerber") regarding this Motion, and Gerber has stated it does not oppose the relief sought.

Dated: September 30, 2022

By:   */s/ Steven J. Toll*
_____

Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave.
NW East Tower, 5th
Floor Washington, DC
20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Rosemary M. Rivas
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
Facsimile: 510-350-9701

Janine Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas,
9th Floor
New York, New York
10036 Telephone: 212-
899-1765
Facsimile: 332-206-2073

*Plaintiffs' Interim Co-Lead Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2022, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notice of

electronic filing to all counsel of record.

By:    */s/ Steven J. Toll*

Steven J. Toll
**COHEN MILSTEIN SELLERS &
TOLL, PLLC**
1100 New York Ave.
NW East Tower, 5th
Floor Washington, DC
20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699