IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | ) ) Master File No. 1:21-cv-0269 (MSN/JFA) ) |

## ORDER

On September 30, 2022, the parties filed a motion to modify scheduling order, a memorandum in support, and a notice of hearing for Friday, October 7, 2022 at 10:00 a.m. (Docket nos. 201–02). It is hereby

ORDERED that the hearing on the motion will be held through ZoomGov video conferencing service on **Friday, October 7, 2022 at 11:00 a.m.** The court will provide counsel the information needed to participate in the hearing. Parties, counsel, and the public who wish to listen to the argument can use the following information to dial-in to the hearing:

**Dial-In**: 1-877-336-1828

**Access Code**: 6915271

Those utilizing the dial-in information are reminded they are invited to listen only, and they may not participate in the oral argument. Parties who wish to listen must access the dial-in information no later than three (3) minutes prior to the scheduled start time to allow the hearing to be conducted without disruption.

Entered this 3rd day of October, 2022.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia