UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to ALL Cases | Master File No. 1:21-cv-00269 (MSN/JFA) |

[~~PROPOSED~~] ORDER

The Court has considered all submissions regarding Plaintiffs' Motion to Modify the Scheduling Order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and it is further ordered that the following deadlines in this action are modified as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Motion for Class Certification | Thursday December 15, 2022 | Wednesday March 15, 2023 |
| Opposition to Class Certification | Monday January 30, 2023 | Monday May 1, 2023 |
| Class Certification Reply | Wednesday February 15, 2023 | Wednesday May 17, 2023 |
| Class Certification Hearing | Friday February 24, 2023 | Friday June 2, 2023 |
| Close of Fact Discovery | Wednesday November 30, 2022 | Wednesday March 1, 2023 |
| Opening Expert Reports | Thursday December 15, 2022 | Wednesday March 15, 2023 |
| Expert Rebuttal Reports | Monday January 30, 2023 | Monday May 1, 2023 |
| Close of Expert Discovery | Tuesday February 28, 2023 | Tuesday May 30, 2023 |
| Parties file motions for summary judgment | Friday March 31, 2023 | Friday June 30, 2023 |

1

Ordered and Adjudged on October 7, 2022.

/s/ JFA
John F. Anderson
United States Magistrate Judge
HONORABLE JOHN F. ANDERSON
UNITED STATES MAGISTRATE JUDGE