IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: GERBER PRODUCTS COMPANY HEAVY METALS BABY FOOD LITIGATION | Master File No. 1:21-cv-00269 (MSN/JFA) |
| This Document Relates to ALL Cases | |

**ORDER ENTERING JUDGMENT PURSUANT TO OCTOBER 17, 2022 MEMORANDUM AND OPINION ORDER**

This matter is before the Court on defendant Gerber Products Company's Consent Motion For Entry of Judgment. Having reviewed the motion and for good cause shown, it is hereby,

**ORDERED** that the motion be, and hereby is, **Granted**, and it is further

**ORDERED** that the Clerk enter judgment in favor of Gerber Products Company dismissing the Representative Class Action Complaint without prejudice.

Each party shall bear its own costs and fees.

IT IS SO ORDERED this 18th day of November, 2022.

/s/
Michael S. Nachmanoff
United States District Judge
Honorable Michael S. Nachmanoff
United States District Judge

1